UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6: 26- CR-80 -CHB
21 U.S.C. § 841(a)(1)

RYAN ANDERSON

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about April 20, 2026, in McCreary County, in the Eastern District of Kentucky,

**RYAN ANDERSON**

did knowingly and intentionally possess with the intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a mixture or substance containing a detectable amount of cocaine, and a mixture or substance containing a detectable amount of fentanyl, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**


**FOREPERSON**


JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**


KELLY K. RIDINGS
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Restitution, if applicable.